**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-1141**

---

RONALD W. HODGSON,

Plaintiff - Appellant,

versus

COMMISSIONER OF SOCIAL SECURITY,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.  Glen M. Williams, Senior District Judge. (CA-00-94-1)

---

Submitted:  June 28, 2002          Decided:  July 16, 2002

---

Before NIEMEYER, WILLIAMS, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Ronald W. Hodgson, Appellant Pro Se.  Andrew Charles Lynch, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania; Thomas Linn Eckert, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ronald W. Hodgson appeals the district court's order accepting the recommendation of the magistrate judge to uphold the Commissioner's decision denying Hodgson's application for disability insurance benefits and supplemental security income. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Hodgson v. Commissioner, No. CA-00-94-1 (W.D. Va. Nov. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2